IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LUKE CASSIDY BOLTON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil No. 7:14-CV-004-O |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
ON LIMITATIONS ISSUE

After making an independent review of the pleadings, files, and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of the objections thereto filed by Respondent, I am of the opinion that the findings of fact and conclusions of law set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Respondent's request for dismissal of this action as time-barred (ECF No. 13) is DENIED.

SO ORDERED this 1st day of September, 2015.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**